United States District Court
for the District of New Jersey

| | |
|---|---|
| CARIBBEAN BAY CLUB, LLC : | |
| : | Civil No. 08-3924 |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| : | Order of Reassignment |
| KENNEDY FUNDING, INC., ET AL : | |
| : | |
| Defendant : | |

It is on this 3rd day of September 2008,

O R D E R E D that the entitled action is reassigned

from Judge Katharine S. Hayden to Judge Faith S. Hochberg .

   S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court