**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, NJ 07095-0988
(732) 549-5600
Attorneys for Kennedy Funding, Inc., Jeffrey Wolfer,
Kevin Wolfer, Gregg Wolfer and Joseph Wolfer

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENNEDY FUNDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> RUGGERS ACQUISITION AND DEVELOPMENT, LLC, a Nevada limited liability company, and CHRISTOPHER SULLIVAN, <br><br> Defendants/Third-Party Plaintiffs, <br><br> v. <br><br> JEFFREY WOLFER, KEVIN WOLFER, JOHN DOE 1-10 (fictitious names for the person(s), attorneys and/or entity responsible for the damages complained of by the Defendants/Third-Party Plaintiffs herein), <br><br> Third-Party Defendants. | Civil Action No.  07-cv-669 (FSH-PS) <br><br> **CIVIL ACTION** <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES** |
| ROYALE LUAU RESORT, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> KENNEDY FUNDING, INC., JEFFREY WOLFER and JOSEPH WOLFER, <br><br> Defendants, | Civil Action No. 07-1342   (HAA)(ES) |

1124376.01

v.

JAMES D. PETERSON,

        Third Party Defendant.

CONSTRUCCIONES HAUS SOCIEDAD
ANONIMA DE CAPITAL VARIABLE (A
Corporation organized under the laws of the
Country of Mexico); GABRIEL FELIPE
VALLEJO; JOSE ANTONIO ACOSTA; THE
NORTH AMERICAN FREE TRADE
ASSOCIATION, NAFTA, S.A. de C.V.; THE
NORTH AMERICAN FREE TRADE
ASSOCIATION, NAFTA,

        Plaintiffs,

v.

KENNEDY FUNDING, INC. (A Corporation
organized under the laws of the State of New
Jersey); GREGG WOLFER,

        Defendants.

v.

CONSTRUCCIONES HAUS SOCIEDAD
ANONIMA DE CAPITAL VARIABLE, and
GABRIEL FELIPE VALLEJO,

        Counterclaim Defendants.

Civil Action No.  2:07-cv-392(PGS)(ES)

2

1124376.01

| | |
|---|---|
| GRAEME DE RENZY (A Citizen of the Republic of Ireland), | |
| Plaintiff, | Civil Action No. 08-cv-812 (JAG)(ES) |
| v. | |
| KENNEDY FUNDING, INC. (A Corporation organized under the laws of the State of New Jersey); JEFFREY WOLFER; GREGG WOLFER and KEVIN WOLFER, | |
| Defendants, | |
| v. | |
| GRAEME DE RENZY and DE RENZY, INC., | |
| Counterclaim Defendants. | |
| TIMOTHY P. DOLAN | |
| Plaintiff, | Civil Action No. 2:08-cv-656 (JLL)(CCC) |
| v. | |
| MARCELLA MAY-CARNES; EAST GEORGIA COMMUNITY INITIATIVE, INC.; BLUEPRINT MORTGAGE SERVICES, INC.; BLUEPRINT COMMERCIAL SERVICES, INC.; KENNEDY FUNDING, INC.; and JACQUI GRIFFIN | |
| Defendants. | |

3

1124376.01

| | |
|---|---|
| PINE LONG, LLC (A Limited Liability Company organized under the laws of the State of Florida)<br><br>    Plaintiff,<br><br>v.<br><br>KENNEDY FUNDING, INC. (A New Jersey Corporation); JEFFREY WOLFER; KEVIN WOLFER; GREGG WOLFER; JOHN DOE 1-10 (Fictitious names for the person(s), attorneys and/or entity responsible for the damages complained of by the Plaintiff herein),<br><br>    Defendants/Third Party Plaintiffs,<br><br>v.<br><br>MICKY WHITAKER<br><br>    Third Party Defendant. | Civil Action No. 2:08-cv-03023-JLL-CCC |
| QUALITY SIGNATURE HOMES, INC. (A Corporation organized under the laws of the State of Georgia)<br><br>    Plaintiff,<br><br>v.<br><br>KENNEDY FUNDING, INC. (A New Jersey Corporation); JEFFREY WOLFER; KEVIN WOLFER; GREGG WOLFER; JOSEPH WOLFER; BERNARD VOLPE; VOLPE REAL ESTATE ADVISORS; JOHN DOE 1-10 (Fictitious names for the person(s), attorneys and/or entity responsible for the damages complained of by the Plaintiff herein)<br><br>    Defendants,<br><br>v.<br><br>QUALITY SIGNATURE HOMES, INC. and MICHAEL USURIAGA,<br><br>    Counterclaim Defendants. | Civil Action No. 2:08-cv-2759-JAG-MCA |

4

1124376.01

CARIBBEAN BAY CLUB, LLC (A Limited
Liability Company organized under the laws of
the State of Florida)

            Plaintiff,

v.

KENNEDY FUNDING, INC. (A New Jersey
Corporation); JEFFREY WOLFER; KEVIN
WOLFER; GREGG WOLFER; JOHN DOE 1-
10 (Fictitious names for the person(s),
attorneys and/or entity responsible for the
damages complained of by the Plaintiff herein),

            Defendants.

v.

JACQUES CLOUTIER

            Third Party Defendant.

Civil Action No. 2:08-cv-03924-KSH-PS

---

AROMA HOTELS DANBURY, LLC;
FLORIDA SPECIAL ASSET RECOVERY,
LLC,

            Plaintiffs,

v.

KENNEDY FUNDING, INC.; JEFFREY
WOLFER; KEVIN WOLFER; GREGG
WOLFER; JOHN DOE 1-10 (Fictitious names
for the person(s), attorneys and/or entity
responsible for the damages complained of by
the Plaintiff herein),

            Defendants,

v.

AROMA HOTELS DANBURY, LLC;
FLORIDA SPECIAL ASSET RECOVERY,
LLC; HARBHAJAN K. VEEN; DIPAK

Civil Action No. 2:09-cv-01297 (SDW-MCA)

1124376.01

THAKKER; AND VIJAY GUDISEVA,

Counterclaim Defendants.

**IT IS HEREBY STIPULATED AND AGREED** by the parties that the above-caption actions and all claims, counterclaims, cross claims and third party claims asserted therein are hereby dismissed with prejudice and without costs or attorneys' fees to any party as against any other party, subject only to the cases being re-opened solely for the purpose of enforcing the terms and conditions of the global settlement agreement between the parties to these actions.

GREENBAUM, ROWE, SMITH
& DAVIS LLP
Attorneys for Kennedy Funding, Inc., Jeffrey
Wolfer, Kevin Wolfer, Gregg Wolfer and
Joseph Wolfer

By: _____
ALAN S. NAAR

Dated: 7/20/09

TRAUTMANN & ASSOCIATES, L.L.C.
Attorneys for Ruggers Acquisition and
Development, LLC, Christopher Sullivan,
Royale Luau Resort, LLC, James D. Peterson,
Construcciones Haus Sociedad Anonima De
Capital Variable, Jose Antonio Acosta,
Graeme DeRenzy, Timothy P. Dolan, Pine
Long, LLC, Micky Whitaker, Quality
Signature Homes, Inc., Michael Usuriaga,
Caribbean Bay Club, LLC, Jacques Cloutier,
Vijay Gudiseva, Harbhajan K. Veen, Dipak
Thakker, Aroma Hotels Danbury LLC and
Florida Special Asset Recovery, LLC

By: _____
GREGG D. TRAUTMANN

Dated: 7/20/09

SO ORDERED:

_____
FAITH S. HOCHBERG, U.S.D.J.
7/23/09

6

1124376.02